IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

THADDEUS PORTER,                         *

      Plaintiff                    *

vs.                                       *

                                        CASE NO. 4:08-CV-149 (CDL)

JOHN GRAY CONGER, et al.,                 *

      Defendants                   *

O R D E R

This matter is before the Court pursuant to a Report and Recommendation of the United States Magistrate Judge entered on February 19, 2009. Neither party has filed an objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1), and therefore, the Court reviews the Recommendation for plain error. Finding no plain error or manifest injustice, the Court adopts the Recommendation of the Magistrate Judge and makes it the Order of this Court.

IT IS SO ORDERED, this 17th day of April, 2009.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE